# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2605

_____

Terrell Johnson and Allison Johnson,
Yang Lee Vang, and William H.
Washington, Sr.

*Plaintiffs - Appellants*

v.

Deutsche Bank National Trust Company,
HSBC Bank USA, N.A., Mortgage Electronic
Registration Systems, Inc., and
MERSCORP, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 5, 2013
Filed: July 11, 2013
[Unpublished]

_____

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Plaintiffs appeal the district court's[1] grant of defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). The quiet-title claims brought by plaintiffs, related to their mortgage debts, are identical to claims in at least two prior cases, and this court affirmed the district court's dismissal of those cases for failure to state a claim. See Karnatcheva v. JP Morgan Chase Bank, N.A., 704 F.3d 545, 547-48 (8th Cir. 2013); Blaylock v. Wells Fargo Bank, N.A., 502 Fed. Appx. 623, 624 (8th Cir. 2013) (unpublished per curiam) (affirming dismissal of quiet-title claim because claims were identical to Karnatcheva and plaintiffs had not distinguished that case). We therefore affirm, for both the reasons stated in Karnatcheva and the reasons stated by the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.